1  JOSEPH W. COTCHETT (SBN 36324)
   jcotchett@cpmlegal.com
2  MARK C. MOLUMPHY (SBN 168009)
   mmolumphy@cpmlegal.com
3  BRIAN DANITZ (SBN 247403)
4  bdanitz@cpmlegal.com
   STEPHANIE D. BIEHL (SBN 306777)
5  sbiehl@cpmlegal.com
   GINA STASSI (SBN 261263)
6  gstassi@cpmlegal.com
7  **COTCHETT, PITRE & MCCARTHY, LLP**
   San Francisco Airport Office Center
8  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
9  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
10

11 *Lead Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE FACEBOOK, INC. SHAREHOLDER DERIVATIVE PRIVACY LITIGATION** | Lead Case No. 4:18-cv-01792-HSG <br><br> **STIPULATION REGARDING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS AND/OR STAY; ORDER THEREON** |
| This Document Relates to: <br><br> **ALL ACTIONS** | Judge: Hon. Haywood S. Gilliam, Jr. <br> Date First Action Filed: March 22, 2018 |

| | |
|---|---|
| 1 | WHEREAS, during the June 27 Case Management Conference, the Court ordered the Parties to meet and confer regarding Defendants' anticipated motions to dismiss and/or stay and directed that the Parties file a stipulation and proposed scheduling order (*see* Dkt. No. 55); and |
| 2 | |
| 3 | |
| 4 | WHEREAS, the Parties have met and conferred, and have agreed to the following schedule. |
| 5 | NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their designated counsel, subject to the approval of the Court, as follows: |
| 6 | |

1. Defendants shall file and serve any motion(s) to dismiss the Consolidated Shareholder Derivative Complaint and/or to stay the action on or before August 10, 2018.
2. Plaintiffs' opposition(s) shall be filed on or before September 17, 2018.
3. Defendants' reply brief(s) shall be filed on or before October 12, 2018.
4. The hearing on the motion(s) shall be scheduled for November 15, 2018, at 2:00 p.m., or at a date and time set by the Court.

**IT IS SO STIPULATED.**

Dated:  July 19, 2018          **COTCHETT, PITRE & McCARTHY, LLP**

By:  */s/ Brian Danitz*
Brian Danitz

*Lead Counsel for Plaintiffs*

Dated:  July 19, 2018          **GIBSON, DUNN & CRUTCHER LLP**

By:  */s/ Orin Snyder*
Orin Snyder
osnyder@gibsondunn.com
200 Park Avenue
New York, N.Y. 10166
Tel: (212) 351.2400
Fax: (212) 351.6335

Joshua S. Lipshutz
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 955.8217
Fax: (202) 530.9614

**STIPULATION REGARDING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS AND/OR STAY; ORDER THEREON; Case No. 4:18-CV-01792-HSG**

1

Kristin A. Linsley
klinsley@gibsondunn.com
Brian M. Lutz
blutz@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, CA 94105
Tel: (415) 393.8379
Fax: (415) 374.8474

*Attorneys for Defendants Mark Zuckerberg, Sheryl Sandberg, Marc Andreessen, Peter Thiel, Reed Hastings, Erskine Bowles, Susan Desmond-Hellmann, and Jan Koum, and for Nominal Defendant Facebook, Inc.*

\*\*\*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Brian Danitz, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of July 2018, at Burlingame, California.

/s/ *Brian Danitz*
Brian Danitz

**STIPULATION REGARDING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS AND/OR STAY; ORDER THEREON; Case No. 4:18-CV-01792-HSG**

2

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. Defendants shall file and serve any motion(s) to dismiss the Consolidated Shareholder Derivative Complaint and/or to stay the action on or before <u>August 10, 2018</u>.
2. Plaintiffs' opposition(s) shall be filed on or before <u>September 17, 2018</u>.
3. Defendants' reply brief(s) shall be filed on or before <u>October 12, 2018</u>.
4. The hearing on the motion(s) shall be scheduled for <u>November 15, 2018, at 2:00 p.m</u>.

**IT IS SO ORDERED.**

DATED: July 20, 2018

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS AND/OR STAY; ORDER THEREON; Case No. 4:18-CV-01792-HSG

3