UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL CHASE,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, et al.,<br><br>    Defendants. | Case No. 18-cv-03710-HSG<br><br>**ORDER GRANTING STIPULATION TO CONSOLIDATE CASES** |
| IN RE FACEBOOK, INC. SHAREHOLDER DERIVATIVE PRIVACY LITIGATION | Lead Case No. 18-CV-01792-HSG |

Having reviewed the joint stipulation between the parties, *In re Facebook, Inc. Shareholder Derivative Privacy Litigation*, No. 4:18-cv-01792-HSG, Dkt. No. 75-2, and good cause appearing therefor, the cases captioned *Chase v. Zuckerberg*, No. 3:18-cv-03710-HSG and *In re Facebook, Inc. Shareholder Derivative Privacy Litigation*, No. 4:18-cv-01792-HSG are hereby consolidated. The earliest filed civil action, Case No. 4:18-cv-01792, shall serve as the lead case. The clerk is directed to administratively close the later-file civil action, Case No. 3:18-cv-03710. All future filings should be done in the lead case (Case No. 4:18-cv-01792) only and should be captioned "In Re Facebook, Inc. Shareholder Derivative Privacy Litigation."

**IT IS SO ORDERED.**

Dated: 9/11/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge