| | |
|---|---|
| 1    Orin Snyder (*pro hac vice*) <br>      osnyder@gibsondunn.com <br> 2    GIBSON, DUNN & CRUTCHER LLP <br>      200 Park Avenue <br> 3    New York, NY 10166-0193 <br>      Telephone: 212.351.4000 <br> 4    Facsimile: 212.351.4035 | Joshua S. Lipshutz (SBN 242557) <br>    jlipshutz@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1050 Connecticut Avenue, N.W. <br> Washington, D.C. 20036-5306 <br> Telephone: 202.955.8500 <br> Facsimile: 202.467.0539 |
| 5    Kristin A. Linsley (SBN 154148) <br>      klinsley@gibsondunn.com <br> 6    Brian M. Lutz (SBN 255976) <br>      blutz@gibsondunn.com <br> 7    GIBSON, DUNN & CRUTCHER LLP <br>      555 Mission Street, Suite 3000 <br> 8    San Francisco, CA 94105-0921 <br>      Telephone: 415.393.8200 <br> 9    Facsimile: 415.393.8306 | Paul J. Collins (SBN 187709) <br>    pcollins@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1881 Page Mill Road <br> Palo Alto, CA 94304-1211 <br> Telephone: 650.849.5300 <br> Facsimile: 650.849.5333 |

*Attorneys for Nominal Defendant Facebook, Inc., and for Defendants Mark Zuckerberg, Sheryl Sandberg, Marc Andreessen, Peter Thiel, Reed Hastings, Erskine Bowles, Susan Desmond-Hellmann, and Jan Koum*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FACEBOOK, INC. SHAREHOLDER DERIVATIVE PRIVACY LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS | LEAD CASE NO. 4:18-CV-01792-HSG <br><br> **STIPULATION REGARDING BRIEFING SCHEDULE FOR FACEBOOK'S MOTION FOR PERMANENT INJUNCTION OF STATE PROCEEDINGS; ORDER** <br><br> Date First Action Filed: March 22, 2018 |

WHEREAS, on June 28, 2019, Plaintiff John O'Connor ("O'Connor") filed a complaint in the action captioned *O'Connor v. Zuckerberg,* Case No. 19-CIV-03759, in the Superior Court of the State of California for the County of San Mateo (the "O'Connor Action"), which is a derivative action purportedly brought on behalf of Nominal Defendant Facebook, Inc. ("Facebook") against the members of Facebook's Board of Directors relating to purported user privacy issues;

WHEREAS, on August 1, 2019, Facebook filed in this action a motion to enjoin the O'Connor Action pursuant to the relitigation exception to the Anti-Injunction Act (ECF No. 124 (the "Injunction Motion"));

WHEREAS, the hearing on the Injunction Motion is set for January 9, 2020;

WHEREAS, the parties in this action and the O'Connor Action wish to enter into a schedule for briefing the Injunction Motion;

WHEREAS, on August 12, 2019, Facebook filed in the O'Connor Action a motion to stay that proceeding pending this Court's ruling on the Injunction Motion, which is scheduled to be heard on October 1, 2019; and

WHEREAS, the parties wish to reserve all of their respective rights and defenses, including Facebook's right to move to shorten the time to brief and/or hear the Injunction Motion following a decision in the O'Connor Action on Facebook's motion to stay, and the right of the Plaintiffs in this action (the "Federal Plaintiffs") to oppose such a motion.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Facebook, Federal Plaintiffs, and O'Connor, through their designated counsel of record, and subject to approval of the Court, as follows:

1. The deadline to file any opposition to the Injunction Motion shall be extended from August 15, 2019 to September 20, 2019.

Gibson, Dunn &
Crutcher LLP

2. The deadline to file any reply in further support of the Injunction Motion shall be extended from August 22, 2019 to October 15, 2019.

3. Notwithstanding this stipulation, the parties' rights are expressly reserved, including Facebook's right to move to shorten the time to brief and/or hear the Injunction Motion following a decision in the O'Connor Action on Facebook's motion to stay, and the Federal Plaintiffs' right to oppose such a motion.

4. The parties further agree that Mr. O'Connor is appearing specially in this action for the purpose of opposing this motion, and that his appearance will not be used against him in any fashion.

Dated: August 13, 2019          GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Brian M. Lutz*
         Brian M. Lutz

555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:     415.393.8200
Email:          blutz@gibsondunn.com

*Attorneys for Nominal Defendant Facebook, Inc., and for Defendants Mark Zuckerberg, Sheryl Sandberg, Marc Andreessen, Peter Thiel, Reed Hastings, Erskine Bowles, Susan Desmond-Hellmann, and Jan Koum*

Dated: August 13, 2019          COTCHETT, PITRE & McCARTHY LLP

By:    **/s/ Mark C. Molumphy*
         Mark C. Molumphy

840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:     650.697.6000
Email:          mmolumphy@cpmlegal.com

*Lead Counsel for Federal Plaintiffs*

| | | |
|---|---|---|
| Dated: August 13, 2019 | | SAVERI & SAVERI, INC. |

By: **/s/ R. Alexander Saveri
R. Alexander Saveri

706 Sansome Street
San Francisco, CA 94111
Telephone: 415.217.6810
Email: rick@saveri.com

*Attorneys for Plaintiff John O'Connor*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

\* \* \*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/14/2019

_____
HONORABLE HAYWOOD S. GILLAM, JR.
UNITED STATES DISTRICT JUDGE