R. Alexander Saveri (173102)
 *rick@saveri.com*
Geoffrey C. Rushing (126910)
 *grushing@saveri.com*
Charlie Sweeny (325167)
 *charlie@saveri.com*
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Attorneys for Specially Appearing Party, John O'Connor*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE FACEBOOK, INC. SHAREHOLDER DERIVATIVE PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | LEAD CASE NO. 4:18-CV-01792-HSG<br><br>[PROPOSED] **ORDER** DENYING **JOHN O'CONNOR'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>**Hearing**:<br>Date: January 9, 2020<br>Time: 2:00 p.m.<br>Location: Courtroom 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

|   |   |
|---|---|
| 1 | On October 25, 2019, specially appearing party John O'Connor ("O'Connor") filed a |
| 2 | motion for administrative relief, pursuant to Civil Local Rule 7-11, seeking leave to file a sur-reply |
| 3 | to Nominal Defendant Facebook, Inc.'s ("Facebook") Reply, ECF No. 134, in support of its |
| 4 | Motion for Permanent Injunction of State Proceedings, ECF No. 124. The Court finds good cause |
| 5 | for the Motion, and orders as follows: |

**IT IS HEREBY ORDERED** that:

1. O'Connor's Administrative Motion for Leave to File a Sur-Reply is DENIED.

**IT IS SO ORDERED**.

Date:  10/31/2019



_____
Judge Haywood S. Gilliam Jr.

---

1

[PROPOSED] ORDER DENYING JOHN O'CONNOR'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY; LEAD CASE NO. 4:18-CV-01792-HSG