JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
BRIAN DANITZ (SBN 247403)
bdanitz@cpmlegal.com
GINA STASSI (SBN 261263)
gstassi@cpmlegal.com
TYSON REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Lead Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE FACEBOOK, INC. SHAREHOLDER DERIVATIVE PRIVACY LITIGATION**<br><br>This Document Relates to:<br><br>**ALL ACTIONS** | Lead Case No. 4:18-cv-01792-HSG<br><br>**STIPULATION REGARDING SCHEDULE FOR AMENDED COMPLAINT; ORDER THEREON (as modified)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date First Action Filed: March 22, 2018 |

WHEREAS, on November 12, 2019, the Court entered an order directing Plaintiffs to file their amended complaint within 21 days (Dkt. No. 138), or by December 3, 2019; and

WHEREAS, the parties subsequently met and conferred, and have agreed to the following extended schedule for the filing of Plaintiffs' amended complaint and briefing on Defendants' anticipated motion(s) to dismiss the amended complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their designated counsel, subject to the approval of the Court, as follows:

1. Plaintiffs' deadline to file their amended complaint is extended by approximately 14 days, until **December 17, 2019**.
2. Defendants shall file any motion(s) to dismiss the amended complaint on or before **February 18, 2020**.
3. Plaintiffs' opposition(s) shall be filed on or before **April 20, 2020**.
4. Defendants' reply brief(s) shall be filed on or before **May 26, 2020**.
5. The hearing on the motion(s) shall be scheduled for **June 18, 2020, at 2:00 p.m.**, or at a date and time set by the Court.

**IT IS SO STIPULATED.**

Dated: December 2, 2019          **COTCHETT, PITRE & McCARTHY, LLP**

By:  /s/ *Gina Stassi*
Gina Stassi

*Lead Counsel for Plaintiffs*

Dated: December 2, 2019          **GIBSON, DUNN & CRUTCHER LLP**

By:  /s/ *Orin Snyder*
Orin Snyder
osnyder@gibsondunn.com
200 Park Avenue
New York, N.Y. 10166
Tel: (212) 351.2400
Fax: (212) 351.6335

Joshua S. Lipshutz
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 955.8217
Fax: (202) 530.9614

Kristin A. Linsley
klinsley@gibsondunn.com
Brian M. Lutz
blutz@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, CA 94105
Tel: (415) 393.8379
Fax: (415) 374.8474

Paul J. Collins
pcollins@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel: (650) 849.5300
Fax: (650) 849.5333

*Attorneys for Defendants Mark Zuckerberg, Sheryl Sandberg, Marc Andreessen, Peter Thiel, Reed Hastings, Erskine Bowles, Susan Desmond-Hellmann, and Jan Koum, and for Nominal Defendant Facebook, Inc.*

# ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Plaintiffs shall file their amended complaint on or before **December 17, 2019**.
2. Defendants shall file any motion(s) to dismiss the amended complaint on or before **February 18, 2020**.
3. Plaintiffs' opposition(s) shall be filed on or before **April 20, 2020**.
4. Defendants' reply brief(s) shall be filed on or before **May 26, 2020**.
5. The hearing on the motion(s) shall be scheduled for **June 25, 2020, at 2:00 p.m.**

**IT IS SO ORDERED.**

DATED: 12/2/2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE