JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
BRIAN DANITZ (SBN 247403)
bdanitz@cpmlegal.com
TYSON REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
ANYA THEPOT (SBN 318430)
athepot@cpmlegal.com
NOORJAHAN RAHMAN (SBN 330572)
nrahman@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE FACEBOOK, INC. SHAREHOLDER DERIVATIVE PRIVACY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 4:18-CV-01792-HSG<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>Initial Complaint Filed: March 22, 2018<br>Judge: Hon. Haywood S. Gilliam, Jr. |

**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**

All parties, having been represented by counsel, and acting by and through said counsel, stipulate to voluntary dismissal of this action. The Court GRANTS the voluntary dismissal, pursuant to Federal Rules of Civil Procedure, Rules 41(a)(2) and 23.1(c).

**IT IS HEREBY ORDERED** as follows:

1. This action is dismissed without prejudice in its entirety;
2. All parties shall bear their own costs and attorneys' fees incurred in this action;
3. Entry of this Order shall serve as notice to the shareholders pursuant to Federal Rules of Civil Procedure, 23.1(c);
4. The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: _____6/16/2020_____

_/s/ Haywood S. Gilliam, Jr._
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE